IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCHUYLKILL HEALTH SYSTEM,              :              CIVIL ACTION
*on behalf of itself and all others similarly*   :
*situated*                                            :              No. 12-7065
                                                        :
   v.                                      :
                                                        :
CARDINAL HEALTH 200, LLC, et al.       :

## <u>ORDER</u>

AND NOW, this 30th day of July, 2014, upon consideration of Defendants Cardinal Health 200, LLC, and Owen & Minor Distribution, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff Schuylkill Health System's Response, and Defendants' Reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the motion (Document 55) is GRANTED in part and DENIED in part as follows:

- The motion is GRANTED as to as to Counts One, Three, and Four of the Amended Complaint.

- The motion is DENIED as to Counts Two, Five, and Six of the Amended Complaint.

It is further ORDERED Defendants are DIRECTED to file an answer to Counts Two, Five, and Six of the Amended Complaint no later than August 13, 2014. A Rule 16 conference will be held in the above-captioned matter on August 19, 2014, at 1:00 p.m. in Courtroom 11A. Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f), and to complete and submit to the Court the Joint Rule 16 Conference Information Report included in Judge Sánchez's procedures at least 24 hours prior to the Rule 16 conference.[1]

---

[1] Judge Sánchez's procedures are available at www.paed.uscourts.gov.

BY THE COURT:


/s/ Juan R. Sánchez_____
Juan R. Sánchez, J.