IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHUYLKILL HEALTH SYSTEM, TITUSVILLE AREA HOSPITAL, and WARREN GENERAL HOSPITAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC, and OWENS & MINOR DISTRIBUTION, INC.,<br><br>Defendants. | No. 12-cv-07065-JS<br><br>Honorable Juan R. Sánchez |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT OWENS & MINOR DISTRIBUTION, INC.**

Pursuant to Federal Rule of Civil Procedure 23(e) and (g), Plaintiffs Schuylkill Health System, Titusville Area Hospital, and Warren General Hospital (collectively, "Plaintiffs") respectfully move the Court for an Order preliminarily approving the class action settlement (the "O&M Settlement") reached with Defendant Owens & Minor Distribution, Inc. ("O&M"). As set forth in the accompanying proposed order, Plaintiffs request, *inter alia*, that the Court:

1. Grant preliminary approval of the O&M Settlement as fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23;

2. Preliminary certify the class defined in the O&M Settlement for settlement purposes;

3. Appoint the law firm of Hausfeld LLP as Settlement Class Counsel under Federal Rule of Civil Procedure 23(g);

4. Stay the action as to all parties, for purposes of effectuating the O&M Settlement;

This Motion is based upon the accompanying Memorandum in Support, the Declaration of Brent W. Landau in Support and the exhibit thereto, the pleadings and other matters of record, and such argument as may be presented.

1

Dated:  February 3, 2016	Respectfully submitted,

/s/ Brent W. Landau
Brent W. Landau
Gary I. Smith, Jr.
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
t: (215) 985-3270
f: (215) 985-3271
blandau@hausfeld.com
gsmith@hausfeld.com

Hilary K. Scherrer*
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
t: (202) 540-7200
f: (202) 540-7201
hscherrer@hausfeld.com

*Attorneys for Plaintiffs and the Settlement Class*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion for Preliminary Approval of Settlement with Defendant Owens & Minor Distribution, Inc., the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Owens & Minor Distribution, Inc., the Declaration of Brent W. Landau in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Owens & Minor Distribution, Inc. and the exhibit thereto, and the Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Owens & Minor Distribution, Inc., with the Clerk of Court using the Court's CM/ECF System, which served electronic copies on all parties' counsel.

Dated: February 3, 2016                                        */s/ Gary I. Smith, Jr.*
                                                                             Gary I. Smith, Jr.