IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHUYLKILL HEALTH SYSTEM, | : | CIVIL ACTION |
| *on behalf of itself and all others similarly situated* | : | |
| | : | No. 12-7065 |
| | : | |
| v. | : | |
| | : | |
| CARDINAL HEALTH, INC., et al. | : | |

## ORDER

AND NOW, this 2nd day of March, 2016, upon consideration of Plaintiffs Schuylkill Health System, Titusville Area Hospital, and Warrant General Hospital's Motion for an Order Approving Notice Plan, its accompanying memorandum, the declaration of Gary I. Smith, Jr. in support thereof, and all other matters of record, it is ORDERED the Motion (Document 176) is GRANTED as follows:

1. The form and content of the Long Form Notice, Summary Notice, and Claim Form, attached as Exhibits 1-3 to the February 26, 2016, Declaration of Gary I. Smith, Jr., are hereby approved. The Court finds that the proposed notice plan is the best practicable under the circumstances, and it is reasonably calculated to apprise the settlement class members of their right to object to the settlement agreements, their right to exclude themselves from or object to the settlement agreements, the procedure for submitting a request for exclusion or objection, the time, date, and location of the Fairness Hearing, and their right to appear at the Fairness Hearing.

2. The Court appoints Rust Consulting, Inc. as the Settlement Administrator ("Administrator"). In accordance with the schedule set forth below, the Administrator shall:

   a. Mail, or cause to be mailed, copies of the Summary Notice (Exhibit 1 to the Declaration of Gary I. Smith, Jr.), by first-class United States mail, postage

       prepaid, to all potential members of the settlement classes at their most recent addresses obtained from Defendants during discovery;

    b. Cause the Summary Notice to be published in *Healthcare Purchasing News*;

    c. Create and manage a website where settlement-related documents, such as the settlement agreements, the Long Form Notice (Exhibit 2 to the Declaration of Gary I. Smith, Jr.), court-filed documents, case updates and information, and the Claim Form (Exhibit 3 to the Declaration of Gary I. Smith, Jr.) will be posted for the benefit of the members of the settlement classes;

    d. Create and manage a toll-free number with an automated system providing information about the settlement, with the ability to request copies of the settlement agreements, Long Form Notice, Summary Notice, and Claim Form, and the ability to speak with live operators;

    e. Collect Claim Forms and supervise the submission of claim forms, including performing audits, when necessary, to validate the accuracy of the information contained in timely submitted Claim Forms;

    f. Collect requests for exclusion and supervise the submission of requests for exclusion, and timely provide such requests to Plaintiffs' counsel.

3. The Court sets the following deadlines and schedule:

| Event | Date |
|---|---|
| Deadline to mail summary notice | April 1, 2016 |
| Deadline to activate website and toll free phone number | April 1, 2016 |
| Deadline to publish summary notice | May 2, 2016 |
| Deadline to file a claim | Must be postmarked by August 29, 2016 |
| Deadline to file motion for fee, expense, cost, and incentive awards | May 2, 2016 |
| Deadline to submit a request for exclusion from either settlement class | Must be postmarked by May 16, 2016 |
| Deadline to file objections | Must be received by May 16, 2016 |
| Deadline for filing final approval motion and list of opt-outs with the Court | May 31, 2016 |
| Hearing on final approval of the class settlements | June 14, 2016, at 9:00 a.m in Courtroom 11A |

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.