IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHUYLKILL HEALTH SYSTEM, ) <br> TITUSVILLE AREA HOSPITAL, and ) <br> WARREN GENERAL HOSPITAL, on behalf ) <br> of themselves and all others similarly situated, ) <br>                                                                   ) <br>                        Plaintiffs,                          ) <br>                                                                   ) <br> v.                                                               ) <br>                                                                   ) <br> CARDINAL HEALTH 200, LLC, and       ) <br> OWENS & MINOR DISTRIBUTION, INC., ) <br>                                                                   ) <br>                        Defendants.                       ) <br> _____ ) | No. 12-cv-07065-JS <br><br> Honorable Juan R. Sánchez |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Schuylkill Health System, Titusville Area Hospital, and Warren General Hospital (collectively, "Plaintiffs" or "Class Representatives"), by and through the law firm of Hausfeld LLP ("Class Counsel"), respectfully move this Court for an Order:

- o Awarding Class Counsel $360,000 in attorneys' fees for their work creating the common fund for the settlement class members' benefit;

- o Reimbursing Class Counsel for their litigation expenses incurred creating the common fund for the settlement class members' benefit, in the amount of $1,220,836.76; and

- o Awarding $25,000 to each of the Class Representatives from the common fund, as incentive payments for their work securing the common fund for the settlement class members' benefit.

1

This motion is supported by the accompanying memorandum in support, the declaration of Brent W. Landau in support and the exhibits thereto, the declaration of Peter Kohn and the exhibits thereto, the declaration of Marvin Frank and the exhibits thereto, and all other matters of record in this action.

Dated:  May 2, 2015                                Respectfully submitted,

*/s/ Brent W. Landau*
Brent W. Landau
Gary I. Smith, Jr.
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
t: (215) 985-3270
f: (215) 985-3271
blandau@hausfeld.com
gsmith@hausfeld.com

Hilary K. Scherrer (admitted *pro hac vice*)
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
t: (202) 540-7200
f: (202) 540-7201
hscherrer@hausfeld.com

*Attorneys for Plaintiffs the Proposed Settlement Classes*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the foregoing motion, the memorandum in support thereof, the declaration of Brent W. Landau in support thereof and the exhibits thereto, the declaration of Peter Kohn and the exhibits thereto, the declaration of Marvin Frank and the exhibits thereto, and a proposed order with the Clerk of Court using the CM/ECF system, which served copies of the same on counsel for all parties.

Dated: May 2, 2015                    */s/ Hilary K. Scherrer*
                                      Hilary K. Scherrer
                                      *Counsel for Plaintiffs, the Proposed Settlement Classes*