**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SCHUYLKILL HEALTH SYSTEM, )
TITUSVILLE AREA HOSPITAL, and )
WARREN GENERAL HOSPITAL, on behalf )
of themselves and all others similarly situated, )
) No. 12-cv-07065-JS
Plaintiff, )
) Honorable Juan R. Sánchez
v. )
)
CARDINAL HEALTH 200, LLC, and )
OWENS & MINOR DISTRIBUTION, INC., )
)
Defendants. )
_____ )

**ORDER**
**AWARDING ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**

Now, this 14th day of __June__, 2016, upon consideration of Plaintiffs'

Motion for an Award of Attorneys' Fees, Costs, and Incentive Awards, the memorandum in

support, the declaration of Brent W. Landau in support and its exhibit, the declaration of Peter

Kohn and its exhibits, the declaration of Marvin Frank and its exhibits, and all other matters of

record, the Court ORDERS and FINDS as follows:

      1.    Notice of the motion for attorneys' fees, costs, and incentive awards was given to

all settlement class members who could be identified with reasonable effort, and the form and

method of notifying settlement class members of the motion for attorneys' fees and expenses

satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process.

      2.    Hausfeld LLP ("Class Counsel") conferred a substantial benefit upon members of

the settlement classes in creating a common fund for the settlement class members' monetary gain.

      3.    Schuylkill Health System, Titusville Area Hospital, and Warren General Hospital

("Class Representatives") conferred a substantial benefit upon members of the settlement classes

in creating a common fund for the settlement class members' monetary gain.

4.      Class Counsel is hereby awarded attorneys' fees in the amount of $360,000. Class Counsel is authorized to distribute this fee award among plaintiffs' counsel in a manner that, in the opinion of Class Counsel, accounts for their contribution to the litigation.

5.      Class Counsel is hereby reimbursed for their reasonable litigation expenses, totaling $1,220,836.67, incurred securing the common fund for the benefit of settlement class members.

6.      Each of the Class Representatives are awarded incentive payments in the amount of $25,000 for their role securing the common fund for the settlement class members' benefit.

IT IS SO ORDERED.

Juan R. Sanchez,
United States District Judge

2